UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-72 DWF/RLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSEPH STERLING,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | ORDER |

This matter is before the Court on plaintiff's motion for summary judgment. Mary Trippler, Assistant United States Attorney, appears for plaintiff, and defendant appears pro se.

Based upon the briefs and arguments of counsel and all the files, records and proceedings herein,

IT IS HERE ORDERED that:

1. Plaintiff's motion is granted; and

2. Judgment is entered for plaintiff and against defendant in the amount of $2,045.23 in principal; prejudgment interest to April 15, 1999, of $579.45; additional prejudgment interest at the rate of eight percent per annum from April 15, 1999, to the date of entry of judgment; postjudgment interest at the legal rate; and, pursuant to 28 U.S.C. § 2412, costs of $150.00, minus payments in the amount of $1,204.95 received on May 28, 1999.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 16, 2001

DONOVAN W. FRANK
United States District Judge

FILED FEB 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD FEB 16 2001
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES: FEB 16 2001

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.